UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE J. VASQUES, | No. 2:17-cv-01524 KJM CKD |
| Plaintiff, | |
| v. | ORDER |
| PROTECTION ONE INC., | |
| Defendant. | |

This matter was removed to this court on July 21, 2017. At that time, plaintiff was proceeding pro se and, therefore, the matter was referred to the undersigned pursuant to Local Rule 302(c)(21). On August 2, 2017, however, attorney Joshua H. Watson filed a notice of appearance as plaintiff's counsel in this action.

Because the plaintiff is no longer proceeding pro se, Local Rule 302(c)(21) no longer applies and, accordingly, the case will be referred back to the assigned District Judge. Therefore, all pretrial motions, other than discovery motions, should now be noticed for hearing before the District Judge assigned to this action. The assigned Magistrate Judge shall continue to perform all duties described in Local Rule 302(c)(1)-(20).

/////

/////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. This matter is referred back to the District Judge assigned to this action pursuant to Local Rule 302(c)(21);

2. All dates pending before the undersigned are vacated; and

3. Henceforth the caption on documents filed in this action shall be No. 2:17-cv-01524 KJM CKD with no "PS" designation.

IT IS SO ORDERED.

Dated: August 4, 2017

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / vasques1524.refer.back