# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE VASQUES,<br><br>               Plaintiffs,<br><br>vs.<br><br>PROTECTION ONE, INC., and DOES 1 through 50, inclusive,<br><br>               DEFENDANTS. | Case No.: 2:17-cv-01524-CKD<br><br>ORDER ON STIPULATED REQUEST FOR TRIAL CONTINUANCE |

The Court, having reviewed the stipulated request for trial continuance in this matter, and finding good cause, rules as follows:

The stipulated request is GRANTED. However, as certain proposed dates were not available, the Court has substituted other dates. Trial and trial-related deadlines in this matter are continued as set forth below:

    Non-Expert Discovery*:    11/12/18    *As to pending discovery only

    Expert Discovery:    1/7/19

    Pretrial Motions:    1/7/19

    Pretrial Conference:    4/10/19

    Jury Trial:    5/6/19

IT IS SO ORDERED.

Dated: October 18, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE