UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE VASQUES,<br><br>                Plaintiffs,<br><br>vs.<br><br>PROTECTION ONE, INC., and DOES 1 through 50, inclusive,<br><br>                DEFENDANTS. | Case No.: 2:17-cv-01524-CKD<br><br>ORDER ON STIPULATED REQUEST TO EXTEND DEADLINE TO COMPLETE EXPERT DEPOSITION |

////

The Court, having reviewed the stipulated request to extend the deadline to complete the expert deposition of George Blankinship MD in this matter, and finding good cause, rules as follows:

The stipulated request is GRANTED. The parties may take the deposition of Dr. Blankinship in this matter on or before February 4, 2019, and shall coordinate with their counsel in the related workers compensation matter to allow for an orderly and single deposition for both the workers compensation proceeding and this civil case. All other deadlines remain unchanged.

IT IS SO ORDERED.

Dated: January 8, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE