UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE VASQUES,<br><br>                Plaintiffs,<br><br>vs.<br><br>PROTECTION ONE, INC., and DOES 1 through 50, inclusive,<br><br>                DEFENDANTS. | Case No.: 2:17-cv-01524-CKD<br><br>ORDER ON STIPULATED REQUEST TO PERMIT DEPOSITION |

////

The Court, having reviewed the stipulated request to extend the deadline to complete deposition of Betsy Scott, a former employee and Person Most Knowledgeable designated by Defendant in this matter, and finding good cause, rules as follows:

The stipulated request is GRANTED. The parties may take the depositions of Betsy Scott, a former employee of Defendant and a Person Most Knowledgeable designated by Defendant on or before January 21, 2019. All other deadlines remain unchanged.

IT IS SO ORDERED.

Dated: January 11, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE