UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE VASQUES,<br><br>                Plaintiffs,<br><br>vs.<br><br>PROTECTION ONE, INC., and DOES 1 through 50, inclusive,<br><br>                DEFENDANTS. | Case No.: 2:17-cv-01524-CKD<br><br>ORDER ON STIPULATED REQUEST TO EXTEND DEADLINE TO COMPLETE DEPOSITIONS AND CONTINUE TRIAL DATE |

      The Court, having reviewed the stipulated request to extend the deadline to complete depositions and continue trial in this matter, and finding good cause, rules as follows:

      The stipulated request is GRANTED. The Court ORDERS as follows:

(1) The parties may take the deposition of Dave Lomas;

(2) The parties may take additional deposition of the Person Most Knowledgeable pursuant to the deposition notice for which Betsy Scott was presented;

(3) The parties may take deposition of witnesses disclosed within any investigation files produced by Defendant PROTECTION ONE in response to the foregoing;

(4) The parties shall supplement their disclosures and discovery responses as appropriate;

(5) The parties shall complete the foregoing by no later than April 30, 2019; and

(6) Trial in this matter shall be continued until September 23, 2019.

IT IS SO ORDERED.

Dated: February 21, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE